# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **Criminal No.:  09-CR-305 (ESH)** |
| : | |
| **VLADISLAV HOROHORIN,** : | |
| : | |
| **Defendant.** : | |

## CONSENT MOTION TO CONTINUE PLEA AGREEMENT HEARING

The United States of America, with the consent of the defendant, hereby moves this court to continue the Plea Agreement hearing currently scheduled for 9:30 a.m. on October 2, 2012 to 10:30 a.m. on October 25, 2012.  The continuance is sought to permit sufficient time for the Northern District of Georgia to transfer the case pending against Horohorin in that district to the District of Columbia pursuant to Rule 20.

Pursuant to 18 U.S.C. § 3161(h)(1)(E), the United States, with the consent of the defendant, further moves to exclude the period from October 2, 2012 to October 25, 2012 from the Speedy Trial Act calculation.

Respectfully submitted,

LANNY A. BREUER
Assistant Attorney General

/s/ Ethan Arenson
ETHAN R. ARENSON
Trial Attorney
1301 New York Avenue, NW
Washington, D.C.  20530
Voice: (202) 305-9364
E-mail: Ethan.Arenson@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of October, 2012, a copy of the foregoing Consent Motion to Continue Plea Agreement Hearing was served on all counsel of record via the Court's ECF system.

    /s/ Ethan Arenson
    Ethan Arenson
    Trial Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Criminal No.:  09-CR-305 (ESH)** |
| | : | |
| **VLADISLAV HOROHORIN,** | : | |
| | : | |
| Defendant. | : | |

**O R D E R**

Upon consideration of the Consent Motion to Continue Plea Agreement Hearing, it is this

_____ of October, 2012, hereby

ORDERED that the Plea Agreement hearing scheduled for October 5, 2012 at 9:30 a.m. shall be continued until October 25, 2012 at 10:30 a.m.; and it is

FURTHER ORDERED that, pursuant to 18 U.S.C. § 3161(h)(1)(E), the period from October 5, 2012 to October 25, 2012 shall be excluded from the Speedy Trial Act calculation.

_____
ELLEN S. HUVELLE
United States District Judge