UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal No.: 09-CR-305 (ESH) |
| : | |
| VLADISLAV HOROHORIN, : | |
| : | **FILED** |
| Defendant. : | OCT 0 4 2012 |
| ORDER | Clerk, U.S. District & Bankruptcy Courts for the District of Columbia |

Upon consideration of the Consent Motion to Continue Plea Agreement Hearing, it is this 8 of October, 2012, hereby

ORDERED that the Plea Agreement hearing scheduled for October 5, 2012 at 9:30 a.m. shall be continued until October 25, 2012 at 10:30 a.m.; and it is

FURTHER ORDERED that, pursuant to 18 U.S.C. § 3161(h)(1)(E), the period from October 5, 2012 to October 25, 2012 shall be excluded from the Speedy Trial Act calculation.

_____
ELLEN S. HUVELLE
United States District Judge