UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES, ) | |
| ) | |
| v. ) | Criminal No. 09-0305 (ESH) |
| ) | |
| VLADISLAV ANATOLIE HOROHORIN, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER

Upon consideration of defendant's *pro se*, *ex parte* motion for the appointment of counsel [ECF No. 50] and the entire record herein, it is hereby

**ORDERED** that pursuant to 18 U.S.C. 3006A, counsel shall be appointed by the Federal Public Defender to represent defendant for the purposes stated in his motion; it is further

**ORDERED** that the Clerk of Court shall mail a copy of this order, via first-class mail, to the address provided on defendant's motion.

/s/   *Ellen Segal Huvelle*
ELLEN SEGAL HUVELLE
United States District Judge

Date:   April 20, 2016

cc:   A.J. Kramer, Federal Public Defender